MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
BRIAN E. LUNT, ESQ.
Nevada Bar No. 011189
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com
brian@muckleroylunt.com

*Liaison Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN D. GARTNER, derivatively on behalf of MUSCLEPHARM CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRAD PYATT, LAWRENCE S. MEER, DONALD W. PROSSER, RICHARD ESTALELLA, JEREMY R. DELUCA, MICHAEL J. DORON, CORY GREGORY, L. GARY DAVIS, JAMES J. GREENWELL, JOHN H. BLUHER, and DANIEL J. MCCLORY,<br><br>　　　　　　　　Defendants,<br>　　and<br><br>MUSCLEPHARM CORPORATION,<br><br>　　　　　　　　Nominal Defendant. | Case No.: 2:16-cv-00553<br><br>**STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL**<br><br>[ECF No. 19] |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

WHEREAS, there is currently a shareholder derivative action on behalf of nominal party MusclePharm Corporation, against certain of its current and former directors and officers pending before this Court;

WHEREAS, the parties hereby stipulate to the dismissal of the action under Rule 41 of the Federal Rules of Civil Procedure without prejudice;

WHEREAS, the parties agree that each party shall bear its own costs and expenses; and

WHEREAS, no defendant in this action has entered into a settlement with plaintiff in connection with this voluntary dismissal and neither plaintiff nor their counsel have received, nor will receive, any form of consideration from any defendant in exchange for the dismissal of this action.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. The action shall be dismissed without prejudice; and
2. Each party shall bear its own costs and expenses.

Dated this 14th day of November, 2016.          Dated this 14th day of November, 2016.

**McDONALD CARANO WILSON LLP**          **MUCKLEROY LUNT, LLC**

By: /s/ *Jeff Silvestri*
JEFF SILVESTRI, ESQ. (#5779)
2300 West Sahara, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jsilvestri@mcdonaldcarano.com

*Attorneys for Richard Estalella,
Michael J. Doron and Cory Gregory*

By: /s/ *Martin Muckleroy*
MARTIN MUCKLEROY, ESQ (#9634)
6077 S. Fort Apache Road, #140
Las Vegas, Nevada 89148
Telephone: (702) 907-0097
Fax: (702) 938-4065
martin@muckleroylunt.com

*Attorneys for Plaintiff Brian Gartner*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is **DISMISSED** without prejudice, each party to bear its own costs and attorney's fees. The Clerk of Court is instructed to **CLOSE** this case.

Dated: December 19, 2016

_____
Jennifer A. Dorsey
United States District Judge

Respectfully Submitted by:

MUCKLEROY LUNT, LLC

By: /s/ *Martin Muckleroy*
MARTIN MUCKLEROY, ESQ (#9634)
6077 S. Fort Apache Road, #140
Las Vegas, Nevada 89148
Telephone: (702) 907-0097
Fax: (702) 938-4065
martin@muckleroylunt.com

*Attorneys for Plaintiff*

2