MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
BRIAN E. LUNT, ESQ.
Nevada Bar No. 011189
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com
brian@muckleroylunt.com

*Liaison Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN D. GARTNER, derivatively on behalf of MUSCLEPHARM CORPORATION, | Case No.: 2:16-cv-00553 |
| Plaintiff, | **STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL** |
| v. | |
| BRAD PYATT, LAWRENCE S. MEER, DONALD W. PROSSER, RICHARD ESTALELLA, JEREMY R. DELUCA, MICHAEL J. DORON, CORY GREGORY, L. GARY DAVIS, JAMES J. GREENWELL, JOHN H. BLUHER, and DANIEL J. MCCLORY, | [ECF No. 19] |
| Defendants, and | |
| MUSCLEPHARM CORPORATION, | |
| Nominal Defendant. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

WHEREAS, there is currently a shareholder derivative action on behalf of nominal party MusclePharm Corporation, against certain of its current and former directors and officers pending before this Court;

WHEREAS, the parties hereby stipulate to the dismissal of the action under Rule 41 of the Federal Rules of Civil Procedure without prejudice;

WHEREAS, the parties agree that each party shall bear its own costs and expenses; and

WHEREAS, no defendant in this action has entered into a settlement with plaintiff in connection with this voluntary dismissal and neither plaintiff nor their counsel have received, nor will receive, any form of consideration from any defendant in exchange for the dismissal of this action.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. The action shall be dismissed without prejudice; and
2. Each party shall bear its own costs and expenses.

Dated this 14th day of November, 2016.    Dated this 14th day of November, 2016.

**McDONALD CARANO WILSON LLP**        **MUCKLEROY LUNT, LLC**

By: /s/ *Jeff Silvestri*              By: /s/ *Martin Muckleroy*
JEFF SILVESTRI, ESQ. (#5779)          MARTIN MUCKLEROY, ESQ (#9634)
2300 West Sahara, Suite 1200          6077 S. Fort Apache Road, #140
Las Vegas, Nevada  89102              Las Vegas, Nevada  89148
Telephone: 702.873.4100               Telephone: (702) 907-0097
Facsimile: 702.873.9966               Fax: (702) 938-4065
jsilvestri@mcdonaldcarano.com         martin@muckleroylunt.com

*Attorneys for Richard Estalella,*    *Attorneys for Plaintiff Brian Gartner*
*Michael J. Doron and Cory Gregory*

# ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is **DISMISSED** without prejudice, each party to bear its own costs and attorney's fees.  The Clerk of Court is instructed to **CLOSE** this case.

Dated: December 19, 2016

_____
Jennifer A. Dorsey
United States District Judge

Respectfully Submitted by:

MUCKLEROY LUNT, LLC

By:   /s/ *Martin Muckleroy*
MARTIN MUCKLEROY, ESQ (#9634)
6077 S. Fort Apache Road, #140
Las Vegas, Nevada  89148
Telephone: (702) 907-0097
Fax: (702) 938-4065
martin@muckleroylunt.com

*Attorneys for Plaintiff*